Entered on Docket
October 12, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
11-73392

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 11-52347-btb |
|---|---|
| Ray D. Hatfield and Linda A. Hatfield | Date: 9/27/11<br>Time: 10:00 AM |
| Debtors. | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

///

///

///

///

///

///

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic

2  Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property described as

3  2758 Kit Sierra Way, Carson City, NV 89706.

4  Submitted by:

5

6  TIFFANY & BOSCO, P.A

7  _See page #2_
   Gregory L. Wilde, Esq.

8  Attorney for Secured Creditor

9  APPROVED / DISAPPROVED

10

11  Chris D. Nichols
    Attorney for Debtor(s)

12  APPROVED / DISAPPROVED

13

14  C. Geoffrey Wilson
    Chapter 7 Trustee

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property described as 2758 Kit Sierra Way, Carson City, NV 89706.

Submitted by:

TIFFANY & BOSCO, P.A

*/s/ Gregory L. Wilde/*

Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

*See page #3*

Chris D. Nichols
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____

**C. Geoffrey Wilson**
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order          ___ disapproved the form of this order

___ waived the right to review the order and/or     ___ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

___ approved the form of this order          ___ disapproved the form of this order

___ waived the right to review the order and/or     __X__ failed to respond to the document

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor